UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SRVM, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> INTERNATIONAL COMMODITY MANAGEMENT, INC., GLOBAL MARINE MANAGEMENT, INC., PACIFIC RIM CORPORATION and PACIFIC SUPREME SEAFOODS, LLC, <br><br> *Defendants.* <br><br> P & O NEDLLOYD, LTD., COLUMBIA COASTAL TRANSPORT, LLC., and MASSACHUSETTS PORT AUTHORITY, <br><br> *Trustees.* | CIVIL ACTION NO. <br><br> **04 CV 12575 NMG** |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
PACIFIC SUPREME SEAFOODS, LLC
(Fed. R. Civ. P. 7.1)**

Defendant Pacific Supreme Seafoods, LLC states that it is a privately owned company and that no publicly held company owns 10% or more of its stock.

PACIFIC SUPEME SEAFOODS, LLC
By its attorneys,

December 8, 2004

Bertram E. Snyder, BBO #471320
Wesley S. Chused, BBO #083520

Patrick O. McAleer, BBO #642627
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2004, I served a copy of the foregoing pleading upon all parties hereto electronically, via facsimile or by mailing copies thereof, via first-class mail, postage prepaid, properly addressed to:

Philip N. Beauregard, Esq.
32 William Street
New Bedford, MA 02740

Norman A. Peloquin, II, Esq.
Morad Building
460 County Street
New Bedford, MA 02740-5107

_____
Wesley S. Chused