UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------------x
SRVM, INC.,                                    :
                    Plaintiff,                 :
                                               :
v.                                             :   CIVIL ACTION NO.
                                               :   04-12575-NMG
INTERNATIONAL COMMODITY                        :
MANAGEMENT, INC., GLOBAL MARINE                :
MANAGEMENT, INC.; PACIFIC RIM                  :
CORPORATION, and PACIFIC SUPREME               :
SEAFOODS, LLC,                                 :
                    Defendants.                :
---------------------------------------------------------------- :
P & O NEDLLOYD, LTD,. COLUMBIA                 :
COASTAL TRANSPORT, LLC., and                   :
MASSACHUSETTS PORT AUTHORITY,                  :
                    Trustees.                  :
-----------------------------------------------------------------x
```

## ASSENTED-TO MOTION TO DISSOLVE ATTACHMENT
## AND DISCHARGE TRUSTEE

NOW COME plaintiff, SRVM, Inc., and, defendant, Pacific Supreme Seafoods, LLC (hereinafter referred to as "PSS"), and by and through their respective attorneys, pursuant to the provisions of Chapter 246 of the Massachusetts General Laws and Rule 4.2 of the Massachusetts Rules of Civil Procedure, hereby move this Honorable Court for an order dissolving the attachment of goods originally authorized by Order of the Superior Court of Barnstable County, Connon, J., dated November 24, 2004, in state action entitled <u>SRVM, Inc. v. International Commodity Management, Inc., *et al*.</u>, Barnstable County Superior Court, Civil Action No. BACcv2004-00695. The said goods are now in the possession of trustee, Massachusetts Port Authority (hereinafter referred to as "Massport"), to wit: 1,600 cases of frozen scallop meats having a net weight of 16,000 kgs. and a gross weight of 17,600 kgs., and said to be stowed in one (1) 40' refrigerated sea container (No. OOLU 602665-3), on the grounds that defendant PSS

-2-

sold the said goods and title thereto passed to third-party, Atlantic Capes Fisheries, Inc., prior to the time of the service of the Trustee Summons issued in the aforesaid state action. As evidence of the sales transaction, the parties hereto attach collectively as "**Exhibit A**" the following shipping and transaction documents: OOCL Bill of Lading No. 36132200, dated October 27, 2004; Trans-NET Bill of Lading No. BUSE4418R-1, dated October 29, 2004; and Provisional Invoice No. 13441, dated November 23, 2004.

WHEREFORE, the parties hereto move that this Honorable Court dissolve the said attachment and discharge the said trustee, Massachusetts Port Authority.

Dated: December 15, 2004                           Respectfully submitted,

| | |
|---|---|
| SRVM, INC. | PACIFIC SUPREME SEAFOODS, LLC |
| By its attorneys, | By their attorneys, |
| NORMAN A. PELOQUIN, II P.C. | LOONEY & GROSSMAN LLP |

By:   /s/ Norman A. Peloquin, II            By:   /s/ Bertram E. Snyder
      Norman A. Peloquin, II                      Bertram E. Snyder
      (BBO No. 550872)                            (BBO No. 471320)
      Morad Building, 460 County Street           Wesley S. Chused
      New Bedford, MA 02740-5107                  (BBO No. 083520)
      Tel. 508-991-2300                           Patrick O. McAleer
      Fax 508-991-8300                            (BBO No. 642627)
                                                  101 Arch Street
           - and -                                Boston, MA 02110
                                                  Tel. 617-951-2800
      Philip N. Beauregard
      (BBO No. 034870)
      Timor Zoubaidoulline
      (BBO No. 656212)
      BEAUREGARD, BURKE & FRANCO
      32 William Street
      P. O. Box 952
      New Bedford, MA 02740
      Tel.  508-993-0333
      Fax  508-990-2002

Certificate of Compliance

    I hereby certify that on the 15th day of December, 2004, that I conferred with counsel of record in an attempt to resolve or narrow the issues presented herein in compliance with the provisions of Local Rule 7.1, and opposing counsel has assented hereto.

                              /s/ Norman A. Peloquin, II
                              Attorney at Law

Certificate of Service

    I hereby certify that on the 15th day of December, 2004, I served a true copy of the forgoing document upon trustee, Massachusetts Port Authority, by mailing same, first class, postage prepaid, to: Joseph M. Kaigler, Esquire, Massachusetts Port Authority, 1 Harborside Drive, East Boston, MA 02128.

                              /s/ Norman A. Peloquin, II
                              Attorney at Law

**Exhibit A**

# OOCL
## ORIENT OVERSEAS CONTAINER LINE

COPY NON NEGOTIABLE

**BILL OF LADING**
(Non Negotiable Unless Consigned to Order)
BILL OF LADING NO. (WAYBILL)
OOLU36132200

**SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**
TRANSNET INC. 710-5TH AVE. NW
ISSAQUAH, WA 98027 USA

BOOKING NO.

EXPORT REFERENCES
MT045847

**CONSIGNEE (COMPLETE NAME AND ADDRESS)**
TRANSNET INC. 710-5TH AVE. NW
ISSAQUAH, WA 98027 USA

*Patrick* (signature)

FORWARDING AGENT-REFERENCES
FMC NO

POINT AND COUNTRY OF ORIGIN OF GOODS

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)** It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify (see Clause 12 on reverse)
TRANSNET INC. 710-5TH AVE. NW
ISSAQUAH, WA 98027 USA

ALSO NOTIFY PARTY ROUTING & INSTRUCTIONS

| PRE-CARRIAGE BY | PLACE OF RECEIPT |  |  |
|---|---|---|---|
|  | PUSAN |  |  |
| VESSEL/VOYAGE/FLAG | PORT OF LOADING | LOADING PIER / TERMINAL | ORIGINALS TO BE RELEASED AT |
| PROVIDENCE BAY 58B44  UNITED KINGD | BUSAN, KOREA |  | PUSAN |
| PORT OF DISCHARGE | PLACE OF DELIVERY | TYPE OF MOVEMENT (IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) |  |
| NEW YORK | BOSTON | FCL / FCL |  |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL) **PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER**

| CNTR. NOS, W/SEAL NOS<br>MARKS & NUMBERS | QUANTITY<br>(FOR CUSTOMS<br>DECLARATION ONLY) | H/M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| OOLU6026653  /OOLG783523 |  |  | 1600 CASES       /FCL / FCL | /40RQ/ |  |
| N/M | 1600 CASES |  | 1X40RH CONTAINER STC<br>FROZEN SCALLOP MEAT<br>1600 CASES X 10 KG NET<br>NET WEIGHT:1,600.00 KG<br>TRANS NET B/L NO.<br>BUSE4418RA | 17600.000KGS | 40.000CBM |
| TOTAL: | 1600 CASES |  |  | 17600.000KGS | 40.000CBM |

OCEAN FREIGHT COLLECT

TOTAL NO. OF CONTAINERS/PACKAGES RECEIVED & ACKNOWLEDGED BY CARRIER FOR THE PURPOSE OF CALCULATION OF PACKAGE LIMITATION (IF APPLICABLE): 1 CONTAINER(S)/PACKAGE(S)

** TO BE CONTINUED ON ATTACHED LIST **

NOTICE 1: For carriage to or from the United States of America, if Clause 6 and 28 on the reverse side hereof limit the Carrier's liability to a maximum of U.S.$500 per package or customary freight unit by virtue or incorporation of the U.S. Carriage of Goods by Sea Act ("COGSA"), unless the Merchant declares a higher cargo value below and pays the Carrier's ad valorem freight charge; and NO if carried on deck at Merchant's risk as to perils inherent in such carriage that in all other respects subject to the provisions of COGSA.
NOTICE 2: See Clause 28 on the reverse side hereof. Notice to Endorsee and/or Holder and/or Transferee.
NOTICE 3: If Goods are kept on deck at Merchant's risk, without responsibility for loss or damage howsoever caused.
Declared Cargo Value US$ _____ If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY: | SERVICE CONTRACT NO.<br>MT045847 | DOC FORM NO | COMMODITY CODE |  |
|---|---|---|---|---|
| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT |

Received the Containers/Package or other units indicated in the box identified as "Total No. of Containers/Packages" received and acknowledged by Carrier in apparent good order and condition, unless otherwise indicated, to be transported and delivered as herein provided.
The receipt, custody, carriage and delivery of the goods are subject to the terms appearing on the face and back hereof and to the Carrier's applicable tariff.
In witness whereof  0  original bills of lading have been signed, one of which being accomplished, the other(s) to be void.

DATE CARGO RECEIVED

DATE LADEN ON BOARD o
27 OCT 2004
DATED
28 OCT 2004

TOTAL

SIGNED OOCL (KOREA) LTD
BY:
                                             - as agent for

ORIENT OVERSEAS CONTAINER
LINE LTD ,AS CARRIER

The printed terms and conditions appearing on the face and reverse side of this Bill of Lading are available at www.oocl.com, in OOCL's published US tariffs, and in pamphlet form.
+ STRIKE OUT FOR ON BOARD VESSEL BILL OF LADING
† SEE CLAUSE 1 ON REVERSE SIDE
o SEE CLAUSE 2 ON REVERSE SIDE
OF00)
HQD 01/01

TOTAL EQUIVALENT

COPY NON NEGOTIABLE

| VESSEL: PROVIDENCE BAY | VOYAGE: 58E44 | B/L NO.: OOLU36132200 | | |
|---|---|---|---|---|
| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY FOR CUSTOMS DECLARATION ONLY | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |

DESTINATION CHARGES COLLECT PER LINE TARIFF,
AND TO BE COLLECTED FROM THE PARTY
WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO
"SHIPPER'S LOAD, STOW AND COUNT,"
CONTAINER(S) SEALED BY SHIPPER

SIGNED BY OOCL (KOREA) LTD

ORIENT OVERSEAS CONTAINER
LINE LTD ,AS CARRIER

# BILL OF LADING

| SHIPPER | B/L NUMBER |
|---|---|
| PACIFIC SUPREME SEAFOODS<br>150 WESTERN AVE. WEST<br>SUITE 457<br>SEATTLE, WA 98119<br>USA | BUSE4418R-1 |
| | EXPORT REFERENCES<br>MADERKDA 09/2004 |
| CONSIGNEE | FORWARDING AGENT - REFERENCES |
| ATLANTIC CAPES FISHERIES<br>255 MACARTHUR DR.<br>NEW BEDFORD, MA 02740-0000<br>USA<br>TEL. 508-990-9040 | GLOBAL STAR SHIPPING CO., LTD.<br>9TH FLOOR, KOREA EXCHANGE BANK BLDG<br>89-1, 4-KA, CHUNGANG-DONG, CHUNG-KU |
| | POINT AND COUNTRY OF ORIGIN<br>SOUTH KOREA |
| NOTIFY THE APPLICANT | ALSO NOTIFY - ROUTING INSTRUCTIONS |
| L.J. ROGERS INC.<br>LOGAN INT'L AIRPORT<br>P.O. BOX 285150<br>BOSTON, MA 02128-0000<br>TEL. 508-636-6658 | TRANSNET, INC<br>710 - 5TH AVE NW<br>ISSAQUAH, WA 98027 USA<br>TEL: 425-557-0558 FAX: 425-557-0498 |

| TYPE OF MOVE | PLACE OF RECEIPT |
|---|---|
| DOOR/CY | BUSAN |

| VESSEL AND VOYAGE NUMBER | PORT OF LOADING |
|---|---|
| PROVIDENCE BAY 58E44 | BUSAN |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| NEW YORK | BOSTON |

| Marks & Nos/Container | No of Packages | Description of Cargo | Gross Weight | Measurement |
|---|---|---|---|---|
| OOLU6026653<br>783523 | 1x40RH | CONTAINER SLAC:<br>1600 CASES<br>X 10 KG EACH FROZEN SCALLOP MEAT<br>NET WEIGHT 16,000 KG<br><br>TEMP. -18C<br>LADEN ON BOARD 10/27/04 | 38800.96L<br>17600.00K | |
| FREIGHT PREPAID | | | | |

Page 1

SHIPPER DECLARED VALUE $

| RATES | BASE | PREPAID | COLLECT | CUR |
|---|---|---|---|---|
| OCEAN FREIG | 1 40RF @ 5,750.00 | 5,750.00 | | USD |
| BAF | 1 40RF @ 275.00 | 275.00 | | USD |
| PEAK SEASON | 1 40RF @ 400.00 | 400.00 | | USD |
| SECURITY FEE | 1 40RF @ 50.00 | 50.00 | | USD |
| DOC. FEE | 1 BL @ 75.00 | 75.00 | | USD |
| STORAGE | 16 M/T @ 11.00 | 176.00 | | USD |
| WHARFAGE | 1 20RF @ 10.00 | 10.00 | | USD |
| TRANSLOAD | 1 40RF @ 500.00 | 500.00 | | USD |
| | TOTAL | $7,236.00 | | USD |

Number of Original Bills of Lading

Place and Date of Issue
Oct 29, 2004



# COMMERCIAL INVOICE

Date: 23-Nov-04

| Consignee: | Provisional Invoice #: 13441 |
|---|---|
| ATLANTIC CAPES FISHERIES, INC. | |
| 255 MacArthur Drive | |
| New Bedford, MA 02740 | |
| ph: 508-990-9040  fax: 508-990-9044 | |
| Pacific Supreme Seafoods, North America | |
| 159 Western Avenue West, Suite 457 |  |
| Seattle, WA 98119 | Pacific Supreme Seafoods |
| ph: 206-283-0991  fax: 206-282-2276 | |

| Mark & No. | Discription of Goods | Quantity LBS | Unit Price | Amount |
|---|---|---|---|---|
| | **RUSSIAN SCALLOP MEAT** | | | |
| N/M | FV BRIZ / 9kg IQF Blast Frozen<br>48 cases / 432 kg | 952.00 | US$ | |
| | FV BRIZ / 10kg IQF Blast Frozen<br>2014 cases / 36,140 kg | 44,401.00 | US$ | |
| | FV BRIZ / 10kg IQF Blast Frozen<br>1600 cases / 16,000 kg | 35,274.00 | US$ | |
| | ZAO Sea Resources / 15 kg Block Frozen<br>2 x 7.5 kg per master carton<br>667 cases / 10,005 kg | 22058.00 | US$ | |
| | Sunrise / 33 kg Block Frozen<br>6 x 5.5 kg per master carton<br>304 cases / 10,032 kg | 22116.77 | US$ | |
| | COUNT per LBS 30-50<br>Country of Origin: Russia | | | |
| **TOTAL:** | | 124801.77 LBS | | |

**Terms of Payment:** Provisional Cash Payment of US$ 350,000 due against original B/L's issued by steamshipline consigning the cargo to Atlantic Capes Fisheries.
Balance payment due after FDA passage.

ETA Boston late November / Early December 2004

BANK DETAILS WELLS FARGO BANK, N.A.        ACCOUNT #: 659 22 89356
            MEDINA BRANCH                  ROUTING: 125008547

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------x
SRVM, INC.,                                     :
                        Plaintiff,              :
                                                :
v.                                              :   CIVIL ACTION NO.
                                                :   04-12575-NMG
INTERNATIONAL COMMODITY                         :
MANAGEMENT, INC., GLOBAL MARINE                 :
MANAGEMENT, INC.; PACIFIC RIM                   :
CORPORATION, and PACIFIC SUPREME                :
SEAFOODS, LLC,                                  :
                        Defendants.             :
--------------------------------------------------- :
P & O NEDLLOYD, LTD,. COLUMBIA                  :
COASTAL TRANSPORT, LLC., and                    :
MASSACHUSETTS PORT AUTHORITY,                   :
                        Trustees.               :
------------------------------------------------------------x
```

**ORDER TO DISSOLVE ATTACHMENT
AND DISCHARGE TRUSTEE**

This Court, having reviewed the <u>Assented-to Motion to Dissolve Attachment and Discharge Trustee</u>, dated December 15, 2004, which was filed by plaintiff, SRVM, Inc., and, defendant, Pacific Supreme Seafoods, LLC, in the above-captioned action, has determined that, pursuant to Chapter 223 of the Massachusetts General Laws and Rule 4.2 of the Massachusetts Rules of Civil Procedure, the attachment upon trustee process of goods, originally authorized by Order of the Superior Court of Barnstable County, Connon, J., dated November 24, 2004, in state action entitled <u>SRVM, Inc. v. International Commodity Management, Inc., *et al*.</u>, Barnstable County Superior Court, Civil Action No. BACcv2004-00695, and now in the possession of trustee, Massachusetts Port Authority, to wit: 1,600 cases of frozen scallop meats having a net weight of 16,000 kgs. and a gross weight of 17,600 kgs., and said to be stowed in one (1) 40' refrigerated sea container (No. OOLU 602665-3), should be dissolved and the said trustee should

-2-

be discharged.

      Accordingly, it is hereby,

      ORDERED, that the said attachment of goods in the possession of trustee, Massachusetts Port Authority (hereinafter referred to as "Massport"), to wit: 1,600 cases of frozen scallop meats having a net weight of 16,000 kgs. and a gross weight of 17,600 kgs., and said to be stowed in one (1) 40' refrigerated sea container (No. OOLU 602665-3), is hereby dissolved, and the said trustee, Massachusetts Port Authority, is hereby discharged from any further obligations under that certain Trustee Summons, dated November 24, 2004, which issued in the aforesaid state action.

      Dated at Boston, Massachusetts this ____ day of December, 2004.

                                                         _____  
                                                          Nathaniel M. Gorton,  
                                                          United States District Judge