UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
SRVM, INC.,
                Plaintiff,

v.

INTERNATIONAL COMMODITY
MANAGEMENT, INC., GLOBAL MARINE
MANAGEMENT, INC.; PACIFIC RIM
CORPORATION, and PACIFIC SUPREME
SEAFOODS, LLC,
                Defendants.

P & O NEDLLOYD, LTD,. COLUMBIA
COASTAL TRANSPORT, LLC., and
MASSACHUSETTS PORT AUTHORITY,
                Trustees.
------------------------------------------------------------x

CIVIL ACTION NO.
04-12575-NMG

## ORDER TO DISSOLVE ATTACHMENT AND DISCHARGE TRUSTEE

This Court, having reviewed the Assented-to Motion to Dissolve Attachment and Discharge Trustee, dated December 15, 2004, which was filed by plaintiff, SRVM, Inc., and, defendant, Pacific Supreme Seafoods, LLC, in the above-captioned action, has determined that, pursuant to Chapter 223 of the Massachusetts General Laws and Rule 4.2 of the Massachusetts Rules of Civil Procedure, the attachment upon trustee process of goods, originally authorized by Order of the Superior Court of Barnstable County, Connon, J., dated November 24, 2004, in state action entitled SRVM, Inc. v. International Commodity Management, Inc., et al., Barnstable County Superior Court, Civil Action No. BACcv2004-00695, and now in the possession of trustee, Massachusetts Port Authority, to wit: 1,600 cases of frozen scallop meats having a net weight of 16,000 kgs. and a gross weight of 17,600 kgs., and said to be stowed in one (1) 40' refrigerated sea container (No. OOLU 602665-3), should be dissolved and the said trustee should

be discharged.

Accordingly, it is hereby,

ORDERED, that the said attachment of goods in the possession of trustee, Massachusetts Port Authority (hereinafter referred to as "Massport"), to wit: 1,600 cases of frozen scallop meats having a net weight of 16,000 kgs. and a gross weight of 17,600 kgs., and said to be stowed in one (1) 40' refrigerated sea container (No. OOLU 602665-3), is hereby dissolved, and the said trustee, Massachusetts Port Authority, is hereby discharged from any further obligations under that certain Trustee Summons, dated November 24, 2004, which issued in the aforesaid state action.

Dated at Boston, Massachusetts this 16th day of December, 2004.

_____
Nathaniel M. Gorton,
United States District Judge