UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------x
SRVM, INC.,                                      :
                        Plaintiff,               :
                                                 :
v.                                               :   CIVIL ACTION NO.
                                                 :   04-12575-NMG
INTERNATIONAL COMMODITY                          :
MANAGEMENT, INC., GLOBAL MARINE                  :
MANAGEMENT, INC.; PACIFIC RIM                    :
CORPORATION, and PACIFIC SUPREME                 :
SEAFOODS, LLC,                                   :
                        Defendants.              :
---------------------------------------------------------- :
P & O NEDLLOYD, LTD,. COLUMBIA                   :
COASTAL TRANSPORT, LLC., and                     :
MASSACHUSETTS PORT AUTHORITY,                    :
                        Trustees.                :
-----------------------------------------------------------x
```

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE ABOVE-CAPTIONED COURT:

      The undersigned counsel, Norman A. Peloquin, II, does hereby withdraw his appearance as co-counsel for plaintiff, SRVM, Inc., in the above-captioned action. Under the provisions of Local Rule 83.5.2(c), leave of this Honorable Court is not required for this withdrawal because:

1. Co-counsel, Philip N. Beauregard of Beauregard, Burke & Franco, continues to represent plaintiff in the instant action;

2. There are no motions pending;

3. No trial date has been set; and

4. No hearings or conferences are scheduled, and no reports, oral or written, are due.

| | |
|---|---|
| Dated: January 7, 2005 | Respectfully submitted,<br>SRVM, INC.<br>By its attorneys,<br><br>NORMAN A. PELOQUIN, II P.C.<br><br>By:  /s/ Norman A. Peloquin, II<br>       Norman A. Peloquin, II<br>       (BBO No. 550872)<br>       Morad Building, 460 County Street<br>       New Bedford, MA 02740<br>       Tel. 508-991-2300<br>       Fax. 508-991-8300 |

Certificate of Service

I hereby certify that on the 7th day of January, 2005, I served a true copy of the forgoing document upon plaintiff and the following counsel of record, by mailing same, first class, postage prepaid, to:  Thomas R. Reilly, SRVM, Inc., P.O. Box 397, Chatham, MA 02633;  Philip N. Beauregard, Beauregard, Burke & Franco, P.O. Box 952, New Bedford, MA 02740; and Bertram E. Snyder, Looney & Grossman, LLP, 101 Arch Street, Boston, MA 02110.

/s/ Norman A. Peloquin, II
Attorney at Law