UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

SRVM, INC., :
      Plaintiff, :
  :
v. :
  :
INTERNATIONAL COMMODITY : C.A. NO. 04-12575-NMG
MANAGEMENT, INC., GLOBAL MARINE :
MANAGEMENT, INC., PACIFIC RIM :
CORPORATION, and PACIFIC SUPREME :
SEAFOODS, LLC, :
      Defendants. :
--------------------------------------------------------- :
P & O NEDLLOYD, LTD., COLUMBIA :
COASTAL TRANSPORT, LLC., and :
MASSACHUSETTS PORT AUTHORITY, :
      Trustees. :

---

### STIPULATION OF DISMISSAL WITH PREJUDICE

    The parties hereby stipulate to dismissal of all claims with respect to all defendants in this matter, with prejudice, without costs and with a waiver of appeal.

    No appearance has been filed by any of the above named defendants other than Pacific Supreme Seafoods, LLC.

| The Plaintiff,<br>SRVM, INC.,<br>By its Attorneys, | The Defendant,<br>PACIFIC SUPREME SEAFOODS, LLC |
|---|---|
| /s/ Philip N. Beauregard | /s/ Patrick O. McAleer |
| PHILIP N. BEAUREGARD, BBO 034780<br>BEAUREGARD, BURKE & FRANCO<br>32 William Street, P.O. Box 952<br>New Bedford, MA 02740-0952<br>Tel: (508) 993-0333 | PATRICK O. McALEER, BBO 642627<br>LOONEY & GROSSMAN, LLP<br>101 Arch Street<br>Boston, MA 02110-1112<br>Tel: (617) 951-2800 |

LAW OFFICES OF
BEAUREGARD, BURKE
& FRANCO
32 WILLIAM STREET
NEW BEDFORD, MA 02740